UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RIGOBERTO GAMINO SALTO,

Petitioner,

v.

SAM OLSON, et al.,

Respondents.

CAUSE NO. 3:26-CV-207-CCB-SJF

## ORDER

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the Warden to release Rigoberto Gamino Salto if he was not provided with an individualized bond hearing by March 25, 2026. (ECF 10.) The Warden has notified the court that Mr. Gamino Salto had a bond hearing on March 24, 2026. (ECF 16.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on April 1, 2026.

*/s/ Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT